MICHAEL THAL et al., Respondents-Appellants, v. RICHARD POLUMBAUM et al., Appellants-Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1115.]

In the Matter of the Probate of the Will of LENA S. BAYER, Deceased. SYBIL B. BROWN et al., Appellants; FELIX A. FISHMAN, Respondent, et al., Legatees.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 1116.]

LESTER SCHMID, Appellant, v. HARRY WERNER et al., Defendants, and CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 520.]

LEO K. STUPELL v. RALPH M. LAUER et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1096.]

## SECOND DEPARTMENT, JANUARY, 1951.
### (January 4, 1951.)

In the Matter of the Application of HORTENSIA L. QUINTANA for a Writ of Habeas Corpus to Bring up PRISCILLA M. H. QUINTANA, an Infant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORTENSIA L. QUINTANA, Respondent, against RAUL L. QUINTANA, Appellant.— Order sustaining writ of habeas corpus affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

### (January 8, 1951.)

SYLVIA BENINTENDI, as Guardian ad Litem, on Behalf of THEODORE P. BENINTENDI, an Infant, Appellant, v. MARIE BENINTENDI, as Administratrix of the Estate of JAMES V. BENINTENDI, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1126.]